198 F.2d 751
 Lynn R. BRODRICK, Collector of Internal Revenue for the
District of Kansas,
v.
David C. WHITE.
 No. 4505
 United States Court of Appeals Tenth Circuit.
 Aug. 13, 1952.
 
 Eugene W. Davis, U.S. Atty., and V. J. Bowersock, Asst. U.S. Atty., Topeka, Kan., for appellant.
 W. D. Jochems, Wichita, Kan., for appellee.
 Before PHILLIPS, Chief Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed on motion of appellant. D.C., 104 F.Supp. 213.